

# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

January 18, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Delbert A. Howard/Susan R. Howard
            Bk. No. 07-00234K

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Delbert A. Howard/Susan R. Howard.

    I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Delbert A. Howard/Susan R. Howard's check no. 115 in the amount of $21.77 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Delbert A. Howard/Susan R. Howard.

    Claim No. 11- Rochester Vascular Surgery Ass.    $12.91
                  3525 Buffalo Road
                  Rochester, NY 14624

    Claim No. 14 - Upstate Vascular Study Lab    $ 8.86
                  3525 Buffalo Road
                  Rochester, NY 14624

    If you have any questions or problems, please feel free to contact the undersigned.

                                Very truly yours,

                                JOHN H. RING, III

JHR/pls
Enc.



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

HOWARD, DELBERT A.
HOWARD, SUSAN R.

Debtors.

Chapter 7

Case No. 07-00234 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 11 | Rochester Vascular Surgery Ass<br>3525 Buffalo Road<br>Rochester, NY 14624 | $180.00 | $12.91 |
| 14 | Upstate Vascular Study Lab<br>3525 Buffalo Road<br>Rochester, NY 14624 | $123.55 | $8.86 |

**TOTAL UNCLAIMED DIVIDENDS:**　　　　　　　　　　　　　　　　$　　21.77

Dated: January 18, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994